UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:16-cv-07625 VAP (ASx)　　　　　　　　　Date October 19, 2016

Title: Wells Fargo Vendor Financial Services LLC  -v-  Ben Wa Novelty Corp

Present: The Honorable  VIRGINIA A. PHILLIPS, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | N/R |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

　　NONE　　　　　　　　　　　　　　　　　　NONE

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated  10/17/16  .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Post judgment matter.

☐ Entered _____ .

Initials of Preparer　　Bea